```
                              FILED
                         2007 DEC -4  PM 12:47

                         CLERK US DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA

                         BY____KNH____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3271 WQH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| TRACY ANN NELSON (1), ) RICARDO GOMEZ (2), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

On or about October 6, 2007, within the Southern District of California, defendants TRACY ANN NELSON and RICARDO GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Efrain Martinez-Casillas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

CJB:em:San Diego
12/3/07

<u>Count 2</u>

On or about October 6, 2007, within the Southern District of California, defendants TRACY ANN NELSON and RICARDO GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jesus Gamez-Aguado, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: December 4, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

2