```
                                        FILED
                                    2007 DEC -4 PM 12:46

                                    CLERK US DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                    BY ____KNK____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3271    WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| TRACY ANN NELSON (1), RICARDO GOMEZ (2), | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Tracy Ann Nelson, et al.</u>, Criminal Case No. 07CR2902-WQH.

DATED: December 4, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ Carla J. Bressler*
CARLA J. BRESSLER
Assistant U.S. Attorney