FILED

2008 APR 22 AM II: 39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ——————— DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3271-WQH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DETENTION ON |
| RICARDO GOMEZ, | ) | DEFENDANT'S WAIVER OF BAIL |
| | ) | PENDING TRIAL |
| Defendant. | ) | |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a review of the bond set by the magistrate judge was heard before this court on April 17, 2008, to determine whether the bond was adequate in light of defendant's violation of the conditions of bond set in case No. 07cr2902-WQH. Assistant United States Attorney Steve Miller appeared on behalf of the United States; Attorney Donald Nunn appeared on behalf of the Defendant.

This court finds that there are no conditions or combination of conditions that may be imposed to assure Defendant's return to court. At the hearing the Defendant knowingly and voluntarily waived his right to the setting of bail without prejudice. Therefore, the Court orders that Defendant be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

//

//

1
2                                   <u>ORDER</u>
3        IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted,
4   sentencing in these matters.
5        IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney
6   General or his designated representative for confinement in a corrections facility separate, to the extent
7   practicable, from person awaiting or serving sentence or being held in custody pending appeal. The
8   Defendant shall be afforded reasonable opportunity for private consultation with counsel.
9        While in custody, upon order of a court of the United States or upon the request of an attorney
10  for the United States, the person in charge of the correctional facility shall deliver the Defendant to the
11  United States Marshal for the purpose of and appearance in connection with a court proceeding or any
12  other appearance stipulated to by defense and government counsel.
13       This order is made without prejudice to modification by this Court and without prejudice to the
14  Defendant's exercise of his right to bail and a detention hearing at a future date.
15       IT IS SO ORDERED.
16
17  Dated:   4/21/08
18                                              HON. WILLIAM Q. HAYES
                                                United States District Judge
19
20
21
22
23
24
25
26
27
28

                                              2