Donald A. Nunn, Esq.  SBN 54232
13426 Community Road
Poway, CA 92064
Telephone: (858)748-8612
Facsimile: (858)748-8610

Attorney for Defendant, RICARDO GOMEZ

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3271-WQH |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO: |
| vs. | 1) COMPEL FURTHER DISCOVERY; AND |
| TRACY ANN NELSON (1), RICARDO GOMEZ (2), | 2) LEAVE TO FILE FURTHER MOTIONS |
| Defendants. | DATE: 5/19/08<br>TIME: 2:00 p.m. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY and
STEVE MILLER, ASSISTANT UNITED STATES ATTORNEY:

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **May 19, 2008 at 2:00 p.m.,** or as soon thereafter as Counsel may be heard, the Defendant, RICARDO GOMEZ, by and through his counsel, Donald A. Nunn, will ask this Court to enter an order granting the motions listed below.

/ / /

/ / /

---

Notice Of Motion And Motion To: 1) Compel Further Discovery;
And 2) Leave To File Further Motions
Page 1

**MOTION**

RICARDO GOMEZ, the Defendant in this case, by and through his attorney, Donald A. Nunn, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

    1) Compel Discovery; and

    2) Leave to file further motions.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and any and all other matters that may come to this Court's attention prior to or at the time of the hearing on this motion.

Date: April 30, 2008

                                              Respectfully submitted,

                                              s/Donald A. Nunn
                                              Donald A. Nunn,
                                              Attorney for Defendant RICARDO GOMEZ

**CERTIFICATE OF SERVICE**

I, Donald A. Nunn declare that:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to this action; and I am employed in the County of San Diego, California. My business address is 13426 Community Road. Poway, California.

I caused to be served by electronic mail on April 30, 2008:

NOTICE OF MOTION AND MOTION TO COMPEL FURTHER
DISCOVERY AND FOR LEAVE TO FILE FURTHER MOTIONS

to the following:

- **Elizabeth Barros**
  elizabeth_barros@fd.org,cori_cardona@fd.org

- **U S Attorney CR**
  Efile.dkt.gc2@usdoj.gov

                                                      _s/Donald A. Nunn_____
                                                      Donald A. Nunn,
                                                      Attorney for Defendant RICARDO GOMEZ